ORIGINAL

FILED

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0629

BILLY BUDD SULLIVAN and HARRY RICHARDS,

Plaintiffs and Appellants,

v.

ALICIA DORMAN and JASON FORTNEY,

Defendants and Appellees.

FILED

MAY 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing themselves, Appellees Alicia Dorman and Jason Fortney (Alicia and Jason) move this Court for dismissal of this appeal. Self-represented Appellants Billy Budd Sullivan and Harry Richards (Billy and Harry) have not filed a response.

Alicia and Jason contend that Billy and Harry are not in compliance with this Court's rules. They add that Billy and Harry have also not complied with this Court's orders. Alicia and Jason request dismissal of this appeal with prejudice because Billy and Harry have not filed the opening brief on or before April 10, 2023, as ordered by this Court.

Alicia and Jason filed the motion to dismiss after this Court gave Billy and Harry more time to file the opening brief. On April 11, 2023, this Court issued an order that Billy and Harry should prepare, file, and serve the brief on or before May 10, 2023. Upon review of this Court's docket, Billy and Harry filed a brief on May 8, 2023, yet we returned the brief for deficiencies. Billy and Harry again have additional time to comply with this Court's most recent order.

IT IS THEREFORE ORDERED that the Motion to Dismiss Appeal is DENIED as moot.

The Clerk is directed to provide a copy of this Order to all parties.

DATED this ___ day of May, 2023.

_____

_____

_____

_____

_____

Justices

2